IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA C. GEDDES, | No. 2:25-CV-02955-DMC |
| Plaintiff, | |
| v. | ORDER |
| LOANCARE, LLC., et al., | |
| Defendants. | |

      Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Defendants Federal National Mortgage Association and Loancare, LLC.'s motion to dismiss, ECF No. 5, Defendant Trustee Corps.' motion to dismiss, ECF No. 10, and Plaintiff's motion for leave to amend, ECF No. 13.

      Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled for November 26, 2025, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

      In light of Plaintiff's motion for amended complaint, which she attached the proposed amended complaint to, the Court will hereby direct Defendants to file opposition to Plaintiff's motion or inform the Court if they are willing to stipulate to Plaintiff filing an amended complaint within 14 days of this order. Plaintiff will have 10 days to reply if an opposition is filed. Upon completion of briefing, in accordance with the schedule set herein, the undersigned

will consider whether a hearing is necessary for further argument.

    Accordingly, IT IS HEREBY ORDERED as follows:

    1. Motion to dismiss hearing scheduled for November 26, 2025, at 10:00 a.m., before the undersigned is VACATED;

    2. Defendants are DIRECTED to file opposition to Plaintiff's motion to file an amended complaint or inform the Court if they are willing to stipulate to Plaintiff filing an amended complaint, within 14 days of this order;

    3. If such opposition is filed, Plaintiff will have 10 days to reply to such opposition.

Dated: November 19, 2025

                  _____
                  DENNIS M. COTA
                  UNITED STATES MAGISTRATE JUDGE