IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA C. GEDDES, | No. 2:25-CV-02955-DMC |
| Plaintiff, | |
| v. | ORDER |
| LOANCARE, LLC., et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court are Defendants Federal National Mortgage Association and Loancare, LLC.'s motion to dismiss, ECF No. 5, Defendant Trustee Corps.' motion to dismiss, ECF No. 10, and Plaintiff's motion for leave to amend, ECF No. 13.

On November 19, 2025, the Court directed Defendants to file an opposition for Plaintiff's motion for leave to amend or inform the Court if they are willing to stipulate to Plaintiff filing an amended complaint. See ECF No. 16. On December 3, 2025, Defendant Trustee Corps. filed a response, stating they did not oppose Plaintiff filing her proposed First Amended Complaint. See ECF No. 17. To date, Defendants Loancare, LLC. and Federal National Mortgage Association have not filed an opposition nor informed the Court that they are willing to stipulate to Plaintiff filing an amended complaint, as directed by this Court. Defendants Loancare, LLC. and Federal National Mortgage Association's failure to respond will be construed as non-

1

opposition. See Local Rule 230 (c).

In light of Defendant Trustee Corp. response and Defendants Loancare, LLC. and Federal National Mortgage Association's non-opposition, the Court will grant Plaintiff's motion to file an amended complaint, direct Plaintiff to file her proposed first amended complaint, and set a briefing schedule. The Court will additionally deny Defendants' motions to dismiss as moot, without prejudice to refile, if needed, following Plaintiff's filing of the first amended complaint.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for leave to file an amended complaint, ECF No. 13, is GRANTED;

2. Defendants' motions to dismiss, ECF Nos. 5 and 10 are DENIED WITHOUT PREJUDICE AS MOOT;

3. Plaintiff is directed to file her proposed First Amended Complaint within 14 days of this order;

4. Defendants shall respond to Plaintiff's amended complaint within 21 days of service of Plaintiff's amended complaint;

5. All subsequent dates and deadlines shall be in accordance with the Federal Rules of Civil Procedure and Local Rule 230.

Dated:  December 8, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE