**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTA C. GEDDES, | No.  2:25-CV-02955-DMC |
| Plaintiff, | |
| v. | ORDER |
| LOANCARE, LLC., et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action.  Parties were directed to file supplemental briefing to address whether federal jurisdiction is proper. See ECF No. 37. Plaintiff filed a supplemental brief, ECF No. 39, and Defendants filed supplemental briefs, ECF Nos. 40 and 42. In Defendants Loancare, LLC and Federal National mortgage Association's supplemental brief, Defendants alleges that Plaintiff improperly cites to cases which do not provide support for Plaintiff's position and that Plaintiff provides a number of quotes attributed to cases which Defendants contend are not within the cited cases. See ECF No. 42, pgs. 4-5.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Though the opportunity to file supplemental briefing as to the issue of jurisdiction has passed, the undersigned will direct Plaintiff to file supplemental briefing responding specifically to Defendants' allegations regarding Plaintiff's citations on or before March 23, 2026.

SO ORDERED.

Dated: March 13, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2