**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

KRISTA C. GEDDES,

         Plaintiff,

      v.

LOANCARE, LLC., et al.,

         Defendants.

No.  2:25-CV-02955-JAM-DMC

ORDER

Plaintiff, who is proceeding pro se, brings this civil action.  On April 21, 2026, the Court issued findings and recommendations addressing pending motions to dismiss filed by Defendants Trustee Corps and Loancare, LLC.  See ECF No. 46.  The findings and recommendations contain an error on page 10, lines 1-2, wherein one of the pending motions is referenced as "ECF No. 21."  This order hereby clarifies that the motion being addressed is the motion to dismiss filed by Loancare, LLC, at ECF No. 24.  In all other respects, the April 21, 2026, findings and recommendations are unchanged.

      IT IS SO ORDERED.

Dated:  April 22, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1