# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

KRISTA C. GEDDES,

        Plaintiff,

    v.

LOANCARE, LLC., et al.,

        Defendants.

No.  2:25-cv-02955-JAM-DMC

**<u>ORDER</u>**

Plaintiff, who is proceeding pro se, brings this civil action.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On April 21, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.      The findings and recommendations filed April 21, 2026, ECF No. 46, are **ADOPTED IN FULL.**

2.      Defendants' motions to dismiss, ECF Nos. 20 and 24, are **GRANTED** as to Plaintiff's federal claims and such claims are **DISMISSED WITH PREJUDICE**.

3.      The Court **DECLINES** to exercise supplemental jurisdiction over Plaintiff's remaining state law claims.

4.      This matter is **REMANDED** to the Butte County Superior Court for adjudication of Plaintiff's state law claims.

5.      Upon remand, the Clerk of the Court is **DIRECTED** to **CLOSE** this case.

Dated: June 09, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

2